IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Richard L. Seech                      :

                                    :

       v.                    :       No. 1417 C.D. 2017

                                      :

Gateway School District,        :

                  Appellant      :

**PER CURIAM**                        **O R D E R**

NOW, January 25, 2021, having considered Appellee's application for reargument, the application is denied.